IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brooks, Ida

Printed: 01/06/09

Case Number: 07 B 02310
Judge: Squires, John H
Filed: 2/9/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 19, 2008
Confirmed: May 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,196.00 |  |
| Secured: |  | 3,830.45 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,058.23 |
| Trustee Fee: |  | 307.32 |
| Other Funds: |  | 0.00 |
| Totals: | 5,196.00 | 5,196.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,273.00 | 1,058.23 |
| 2. | Greater Suburban Acceptance Co | Secured | 6,567.80 | 3,330.45 |
| 3. | Monterey Financial Services | Secured | 500.00 | 500.00 |
| 4. | Illinois Dept of Revenue | Priority | 900.68 | 0.00 |
| 5. | Internal Revenue Service | Priority | 6,600.84 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 44.74 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 172.10 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 16.90 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 124.62 | 0.00 |
| 10. | Sprint Nextel | Unsecured | 53.85 | 0.00 |
| 11. | Monterey Financial Services | Unsecured | 275.72 | 0.00 |
| 12. | Greater Suburban Acceptance Co | Unsecured | 434.00 | 0.00 |
| 13. | Aspire Visa | Unsecured | 70.86 | 0.00 |
| 14. | Internal Revenue Service | Unsecured | 6.89 | 0.00 |
| 15. | Credit Union One | Unsecured | 103.60 | 0.00 |
| 16. | LaGrange Police Dept | Priority | | No Claim Filed |
| 17. | College of DuPage | Priority | | No Claim Filed |
| 18. | Allied Interstate | Unsecured | | No Claim Filed |
| 19. | Americas Recovery Network | Unsecured | | No Claim Filed |
| 20. | Aronson Furniture Company | Unsecured | | No Claim Filed |
| 21. | American School Of Correspondense | Unsecured | | No Claim Filed |
| 22. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 23. | Black Expressions | Unsecured | | No Claim Filed |
| 24. | Loyola University Medical Center | Unsecured | | No Claim Filed |
| 25. | Certified Services | Unsecured | | No Claim Filed |
| 26. | College of DuPage | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brooks, Ida

Printed: 01/06/09

Case Number: 07 B 02310
Judge: Squires, John H
Filed: 2/9/07

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Comcast | Unsecured | | No Claim Filed |
| 28. | Boyajian Law Offices | Unsecured | | No Claim Filed |
| 29. | First National Credit Card | Unsecured | | No Claim Filed |
| 30. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 31. | Receivable Recovery System | Unsecured | | No Claim Filed |
| 32. | Advance America | Unsecured | | No Claim Filed |
| 33. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 34. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 35. | Pay Day Loan Store Of Illinois | Unsecured | | No Claim Filed |
| 36. | SBC | Unsecured | | No Claim Filed |
| 37. | CorTrust Bank | Unsecured | | No Claim Filed |
| 38. | The Bureau Inc | Unsecured | | No Claim Filed |
| 39. | RMCB | Unsecured | | No Claim Filed |
| 40. | Westlake Community Hospital | Unsecured | | No Claim Filed |
| 41. | H&F Law | Unsecured | | No Claim Filed |
| | | | $ 18,145.60 | $ 4,888.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 149.24 |
| 6.5% | 158.08 |
| | $ 307.32 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

